FILED
CLERK, U.S. DISTRICT COURT

APR 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> vs. <br> Alejandro Magana Negrete <br>         Defendant. | Case No.: CR05-786 CBM-8 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the allegations and the absence of

1  background information

4  and/or

5  B.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of current allegations, defendant's prior criminal history, and defendant's prior arrest

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/20/11

*[signature]*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE